IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOHN FELIX GREER,**

    Defendant.

Case No.: 04-20009 D

---

ORDER DENYING DEFENDANT'S MOTION FOR NEW COUNSEL

---

It appearing to the Court that Defendant's motion requesting new counsel, is not well taken; therefore it is

ORDERED, ADJUDGED AND DECREED that Defendant's motion for new counsel is DENIED.

**IT IS SO ORDERED** this ___18___ day of ___May___, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20009 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT