IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C

05 MAY 31 PM 3: 14

ROSS ___ ___
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                              CR. NO. 04-20009-D

JOHN FELIX GREER

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

---

    This cause came on for a report date on May 19, 2005. At that time, counsel for the defendant requested a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case.

    The Court granted the request and reset the trial date to August 1, 2005 with a **report date of Thursday, July 21, 2005, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

    The period from June 17, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

    IT IS SO ORDERED this _31_ day of May, 2005.

                                      BERNICE B. DONALD
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-1-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20009 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT