FILED BY _____ D.C.

05 MAY 31  PH 6: 55

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

____ R. DI TROLIO
CLERK  U.S. DIST. CT.
W.D. OF  TN, MEMPHIS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                             Case No. 04-20009 D V

JOHN FELIX GREER,

       Defendant.

---

## ORDER OF TRANSFER

---

The above-styled case is hereby transferred to Judge Jon P. McCalla in exchange for Philander Butler v. USA, et al., 05-2112 M1/An.  The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from 04-20009 D V to 04-20009 M1 V.

IT IS SO ORDERED this 3/ day of May 2005.

                                BERNICE BOUIE DONALD
                                UNITED STATES DISTRICT JUDGE



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 56 in case 2:04-CR-20009 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT