IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ _____ D.C.

05 AUG 15 AM 11:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>John Felix Greer  )<br>)<br>_____  )<br>)<br>_____  )<br>)<br>_____  )<br>)<br>Defendant(s).  ) | Criminal No. 04-20009-Ml |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the August, 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, August 26, 2005</u>, with trial to take place on the September, 2005 rotation calendar with the time excluded under the Speedy Trial Act through September 16, 2005. Agreed in open court at report date this 15th day of August, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-15-05

(68)

SO ORDERED this 15th day of August, 2005.

                                              _____
                                              JON PHIPPS McCALLA
                                              UNITED STATES DISTRICT JUDGE

_____
Tony R. Arvin
Assistant United States Attorney

_____

_____

_____

Counsel for Defendant(s)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20009 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT