IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 25  AM 10: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | Docket No. 2:04cr20009-MI |
| JOHN FELIX GREER, | |
| Defendant. | |

### ORDER ALLOWING WITHDRAWAL OF DEFENSE COUNSEL

**IT APPEARING** to the Court that Attorney Stephen Sauer's Motion to Allow Defense Counsel Stephen A. Sauer to Withdraw due to a conflict that has arisen is well taken and ought to be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Stephen A. Sauer, Attorney at Law, is hereby allowed to withdraw as counsel of record for the Defendant, John Felix Greer, in the case referenced above.

**IT IS SO ORDERED.**

_____
THE HONORABLE
JON PHIPPS MCCALLA
JUDGE
UNITED STATES DISTRICT COURT

Oct. 24, 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:04-CR-20009 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT