IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 28 PM 1:17
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN FELIX GREER )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>Defendant(s). ) | Criminal No. 04-20009 Ml<br><br>(60-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the November 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Tuesday, December 20, 2005, with trial to take place on the January, 2006 rotation calendar with the time excluded under the Speedy Trial Act through January 13, 2006. Agreed in open court at report date this 28th day of October, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-31-05

SO ORDERED this 28th day of October, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
TONY R. ARVIN
Assistant United States Attorney

_____
_____
_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:04-CR-20009 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT